

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00303-CV

DANNY LEE WEDDEL                                                    APPELLANT

V.

KATHERINE PHILLIPS WEDDEL                                          APPELLEE

------------

FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a timely notice of appeal from the trial court's July 20, 2010 "Final Decree Of Divorce." The trial court subsequently granted appellant's motion for new trial on September 9, 2010, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 329b(e).

On September 15, 2010, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the

---

[1]*See* Tex. R. App. P. 47.4.

appeal would be dismissed as moot unless, on or before September 27, 2010, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Accordingly, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: October 7, 2010